UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITES STATES OF AMERICA

-v-

ROBERT WANNAMAKER,
                Defendant.

No. 14-cr-212 (RJS)
No. 16-cr-232 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

On October 16, 2019, the Court sentenced Defendant on a violation of supervised release in 16-cr-232. The sentence included, *inter alia*, a term of twelve months' incarceration, with six of those months to run consecutively to Defendant's undischarged state term, to be followed by supervised release for a term of six months. (*See* 16-cr-232 Doc. No. 48.) At the time of the violation, Defendant was serving a term of twenty-three months' supervised release under both 14-cr-212 and 16-cr-232 (*see* 16-cr-232 Doc. No. 39), and was charged with violations under both docket numbers. As stated on the record, Probation requested that docket number 14-cr-212 be "close[d] out." (*See* Tr. 34:17.) Accordingly, the violation pending in 14-cr-212 is dismissed. Defendant is expected to comply with all the terms of supervised release set forth in the judgment in 16-cr-232. (*See* 16-cr-232 Doc. No. 48.)

SO ORDERED.

Dated:    January 3, 2020
            New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation